# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROMY SAGER, | No. 3:21-CV-00100 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| KILOLO KIJAKAZI,[1] *Acting Commissioner of Social Security*, | |
| Defendant. | |

## ORDER

**MARCH 11, 2022**

Jeromy Sager filed this action seeking review of a decision of the Acting Commissioner of Social Security ("Commissioner") denying Sager's claim for social security disability benefits.[2] In February 2022, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision and close this case.[3]

Sager filed timely objections to the Report and Recommendation.[4] In his objections, Sager asserts that Magistrate Judge Carlson erred in concluding that the administrative law judge (ALJ) properly weighed the medical opinion evidence, and

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi, as the successor officer to Andrew Saul, Commissioner of Social Security, is automatically substituted as Defendant in this action.
[2] Docs. 1, 16.
[3] Doc. 20.
[4] Doc. 21.

properly accounted for all functional limitations provided for in the persuasive medical opinions.[5] "If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[6] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[7]

Upon *de novo* review of the record, the Court finds no error in Magistrate Judge Carlson's recommendation. Although Sager disputes some of Magistrate Judge Carlson's observations and conclusions, Magistrate Judge Carlson correctly determined that, as a whole, the ALJ's decision is supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 20) is **ADOPTED**;

2. The Commissioner's decision is **AFFIRMED**;

3. Final Judgment is entered in favor of Defendant and against Sager pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

---

[5] *Id.*
[6] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[7] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

4.      The Clerk of Court is direct to **CLOSE** this case.

                              BY THE COURT:

                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              Chief United States District Judge